JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYCLEBAR FRANCHISING, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STARCYCLE FRANCHISE, LLC, an Oregon limited liability company<br><br>Defendant. | Case No.: CV 19-9911-DMG (KSx)<br><br>**ORDER RE STIPULATED DISMISSAL WITH PREJUDICE OF ACTION [46]** |
| STARCYCLE FRANCHISE, LLC, an Oregon limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>CYCLEBAR FRANCHISING, LLC, an Ohio limited liability company,<br><br>Counter-Defendant. | |

1 | Pursuant to the parties' stipulation under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby dismisses the above-captioned action in its entirety with prejudice, including all parties and all claims and counterclaims. The parties shall bear their own attorneys' fees and costs.

The Court retains jurisdiction of this case for the purpose of making any further orders necessary or proper for the construction or modification of the parties' settlement agreement and the enforcement thereof.

**IT IS SO ORDERED.**

DATED: August 3, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-